UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JAMES M. MANLEY, )<br>)<br>PETITIONER )<br>)<br>v. )<br>)<br>RANDALL LIBERTY, )<br>)<br>RESPONDENT ) | CIVIL NO. 1:16-CV-249-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On February 10, 2017, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on 28 U.S.C. § 2254 Petition. The plaintiff filed an objection to the Recommended Decision on March 9, 2017. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 Cases. The petition for habeas relief under 28 U.S.C. § 2254 is **DENIED**, and the petition is **DISMISSED**. A certificate of

appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases shall not issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 28TH DAY OF MARCH, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**